IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABDOULAYE BARRY,                           :        No. 3:26cv151
                                           :
                    Petitioner             :        (Judge Munley)
                                           :
        v.                                 :
                                           :
WARDEN, LSCI-ALLENWOOD,                     :
                                           :
                    Respondent             :

## ORDER

**AND NOW**, to wit, this 25 day of March 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.    The habeas petition is **DISMISSED**.  (Doc. 1).

2.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court